IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Teddy Glenn Bostic, Sr.,

    Plaintiff,

v.                          Case No. 2:19-cv-1231

Christopher Wray, et al.,

    Defendants.

ORDER

This is an action filed by plaintiff Teddy Glenn Bostic, Sr., acting *pro se,* against Christopher Wray, the Acting Director of the Federal Bureau of Investigation ("FBI"), Betsy DeVos, Acting Secretary of Education, and unknown FBI agents. Plaintiff alleges that these defendants conspired to deduct $100 per month from his social security disability benefits. On April 23, 2019, the magistrate judge filed a report and recommendation on the initial screen of plaintiff's complaint pursuant to 28 U.S.C. §1915A, which requires the court, "in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity," to dismiss a complaint that fails to state a claim upon which relief may be granted. 28 U.S.C. §1915A(a)-(b)(1). The magistrate judge concluded that plaintiff's complaint fails to plead a claim of civil conspiracy and that the complaint is frivolous. She recommended that this action be dismissed pursuant to 28 U.S.C. §1915(e)(2).

The report and recommendation specifically advised the parties that objections to the report and recommendation were due within fourteen days, and that the failure to object to the report and recommendation "will result in a waiver of the right to have the

District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 3, p. 6. The time period for filing objections to the report and recommendation has expired, and no objections to the report and recommendation have been filed.

The court agrees with the report and recommendation (Doc. 3), and it is hereby adopted. This action is hereby dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii) because plaintiff's complaint is frivolous and fails to state a claim for which relief may be granted. The clerk shall enter judgement dismissing this case.

Date: May 14, 2019              s/James L. Graham
                                 James L. Graham
                                 United States District Judge